Rev. 6/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RUSSELL S. ALESSIO #65214
Plaintiff

v.

ASHBEL T. WALL II, in his capacity as Director of the Rhode Island DEPARTMENT OF CORRECTION
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CA 08 188

CASE NUMBER: ______

I, RUSSELL S. ALESSIO, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other ______

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration. (A.C.I.) RHODE ISLAND.

   Are you employed at the institution? ☐ Yes ☒ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   If the answer is "Yes,", attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ______

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, please explain how you have been supporting yourself. ______

3. Have you received in the past (12) twelve months, or do you anticipate receiving in the future, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other persons or sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive. About $ 200.00 a year.

For Birthdays, Christmas, (GIFTSS.)

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE."
Carolyn F. Alessio, Mother, (GIFTS)

5. Do you have **any** cash or checking or savings accounts? ☒ Yes ☐ No

If "Yes," state the total amount. $500.00? In my frozen Account at the (A.C.I.)

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

7. Have you transferred any assets within the last 12 months prior to filing the application?
☐ Yes ☒ No

If "Yes," describe the asset and state its value.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only. N/A

I declare under penalty of perjury that the above information is true and correct.

5-13-08
Date

[signature]
Signature of Applicant

**NOTICE TO PRISONER**: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FOR COURT PURPOSES ONLY:

☐ APPROVED ☐ DENIED

U.S. MAGISTRATE JUDGE

DATE