UNITED STATES DISTRICT COURT THE DISTRICT OF RHODE ISLAND

RUSSELL S. ALESSIO *

Vs *

CA#

ASHBEL T. Wall II, in his capacity as Director of the Rhode Island Department of Corrections *

CA 08 188

## MOTION TO APPOINT COUNSEL

Pursuant to 28 U.S.C. § 1915 (e) (1) Plaintiff moves for an appointing counsel to represent himself in this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plantiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4. Plaintiff also has Mental Health problems! Plaintiff is seeing a Psychiatrist at this time for Panic Attacks, Anxiety and other problems. Plaintiff is taking Medication for these problems.

WHEREFORE. Plaintiff requests that the court appoint counsel this case.

5-13-08
Date

RUSSELL S. ALESSIO
P.O. Box 8274
Cranston R.I. 02920