UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RUSSELL S. ALESSIO :
:
v. : C.A. No. 08-188ML
:
ASHBEL T. WALL, et al. :

**MEMORANDUM AND ORDER**

This matter is before the court on the application of the pro se plaintiff, an inmate in the custody of the Rhode Island Department of Corrections, for leave to proceed in forma pauperis without prepayment of fees (Document No. 2) pursuant to 28 U.S.C. § 1915. Said application is GRANTED.

Petitioner's Affidavit states that he is not employed at the ACI, and that he receives only occasional gifts from his mother. At the time that the Affidavit was submitted, Petitioner had a balance of $541.75 in an encumbered checking account. He did not have an "available" balance in his account. Because the Department of Corrections listed his "available" balance as zero, this Court is satisfied that Petitioner qualifies for in forma pauperis status.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 20, 2008