UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Russell S. Alessio

vs. CA 08-188ML

A.T. Wall

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **June 17, 2008.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 21 ,2008

Entered as an Order of this Court on May 21 , 2008.

Deputy Clerk