STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

## CASE INFORMATION

Case Title: STATE V. RUSSELL ALLESSIO

Case ID No: SU-98-0532

Appeal Date: 24-JUL-1998
Appeal Type: CRIMINAL APPEAL
Current Status: DECISION FILED

Next Scheduled:
Event Type:

Lower Court No: WSR-W1-970257
WSR-WI-970250

Related Cases:

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| ALESSIO, RUSSELL | DEFT | ROSIN, PAULA | AOR |
| ALESSIO, RUSSELL | DEFT | LYNCH, PAULA | AOR |
| STATE | PLTF | MCSOLEY, JANE | AOR |
| STATE | PLTF | WEISMAN, AARON | AOR |

## DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 24-JUL-1998 | NOTICE OF APPEAL FILED | |
| 06-NOV-1998 | APPEAL DATE | 19980724 |
| 06-NOV-1998 | PAPERS/TRANS/EXHIBITS FILED | |
| 06-NOV-1998 | APPEALED BY FILING PARTY<br>Affiliated Party: ALESSIO, RUSSELL | DEF 19970101 3 1185 19980724 |
| 06-NOV-1998 | TRANSCRIPT REQUIRED | |
| 06-NOV-1998 | TRANSCRIPT(S) ORDERED | 19981102 402 UKN |
| 17-NOV-1998 | RULE 12 PRE BRIEF NOTICE SENT | |
| 18-NOV-1998 | TRANSCRIPT WITHDRAWN | |
| 05-MAR-1999 | MOTION EXTENSION OF TIME | |
| 05-MAR-1999 | GRANTED | 19990417 |
| 12-MAR-1999 | MOTION EXTENSION OF TIME | |
| 12-MAR-1999 | GRANTED | 19990407 |
| 15-APR-1999 | MOTION EXTENSION OF TIME | |
| 15-APR-1999 | GRANTED | 19990517 |
| 02-JUN-1999 | MOTION EXTENSION OF TIME | |
| 02-JUN-1999 | GRANTED | 19990617 |
| 21-JUN-1999 | MOTION EXTENSION OF TIME | PD OFFICE |
| 21-JUN-1999 | GRANTED | 19990717 |
| 29-JUN-1999 | APPELLANT PRE BRIEF FILED | |
| 29-JUN-1999 | TRANSCRIPT RETURNED | |
| 19-JUL-1999 | MOTION EXTENSION OF TIME | |
| 19-JUL-1999 | GRANTED | 19990802 |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATE V. RUSSELL ALLESSIO Case ID No: SU-98-0532

DOCKET INFORMATION

| | | |
|---|---|---|
| 03-AUG-1999 | MOTION EXTENSION OF TIME | |
| 03-AUG-1999 | GRANTED | 19990817 |
| 19-AUG-1999 | MOTION EXTENSION OF TIME | |
| 19-AUG-1999 | GRANTED | 19990830 |
| 30-AUG-1999 | MOTION EXTENSION OF TIME | |
| 30-AUG-1999 | GRANTED | |
| 20-SEP-1999 | MOTION EXTENSION OF TIME | |
| 20-SEP-1999 | GRANTED | 19991011 |
| 07-OCT-1999 | MOTION EXTENSION OF TIME | |
| 07-OCT-1999 | GRANTED | 19991025 |
| 19-OCT-1999 | TRANSCRIPT RETURNED | |
| 19-OCT-1999 | PLTF APPELLEE PRE BRIEF FILED | |
| 16-DEC-1999 | PRE BRIEFING CONF HELD | |
| 16-DEC-1999 | BOTH PARTIES SHOW CAUSE | |
| 16-DEC-1999 | MAILED TO ATTORNEYS | |
| 19-OCT-2000 | TRANSCRIPT WITHDRAWN | |
| 24-OCT-2000 | TRANSCRIPT RETURNED | |
| 15-NOV-2000 | HEARD ON SHOW CAUSE ORDER | |
| 15-NOV-2000 | GOLDBERG, J. NOT PARTICIPATING | |
| 11-DEC-2000 | OPINION JUDGE AFFIRMED ADF | |
| 11-DEC-2000 | GOLDBERG, J. NOT PARTICIPATING | |
| 18-DEC-2000 | PAPERS/TRANS/EXHIBITS REMANDED | |