# Criminal Docket Sheet Report



**Case ID:** W1-1997-0250A **Description:** RUSSELL ALESSIO
**Filing Date:** 25-FEB-1997
**Original Case ID:** 429700500
503X0049094

**Defendant Name:** RUSSELL ALESSIO
**BCI#:** [redacted] **Date of Birth:** [redacted]1964
**Address:** [redacted]

WESTERLY RI

**Police Dept:** SOUTH KINGSTOWN POLICE DEPARTMENT
**Incarcerated:**

## Charge Information

**Count:** 1 11370081 **1ST DEGREE CHILD MOLESTATION**
**Offense Date:** 25-FEB-1997
**Charge Text:**
**Disposition:** NOT GUILTY BY JUDGMENT ACQ.

**Count:** 2 11370081 **1ST DEGREE CHILD MOLESTATION**
**Offense Date:** 25-FEB-1997
**Charge Text:**
**Disposition:** NOT GUILTY BY JURY

**Count:** 3 11370081 **1ST DEGREE CHILD MOLESTATION**
**Offense Date:** 25-FEB-1997
**Charge Text:**
**Disposition:** NOT GUILTY BY JURY

**Count:** 4 11370083 **2ND DEGREE CHILD MOLESTATION**
**Offense Date:** 25-FEB-1997
**Charge Text:**
**Disposition:** FOUND GUILTY BY JURY

**Sentence:** FULL SENTENCE
**Term:** 20 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 15 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:**

**Sentence:** SUSPENDED
**Term:** 5 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:**

# Criminal Docket Sheet Report



## Charge Information

**Sentence:** PROBATION
**Term:** 5 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:** TO COMENC ON RELEASE

**Sentence:** NO CONTACT WITH VICTIM
**Term:** 0 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:**

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:** SEX OFFENDER PROGRAM

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:** Amount: $150.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:** Amount: $300.00

**Sentence:** HEALTH DEPARTMENT LAB FEE
**Term:** 0 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:** Amount: $100.00

**Count:** 5 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 25-FEB-1997
**Charge Text:**
**Disposition:** NOT GUILTY BY JUDGMENT ACQ.

**Count:** 6 11050030 **SIMPLE ASSAULT/BATTERY**
**Offense Date:** 25-FEB-1997
**Charge Text:**
**Disposition:**

# Criminal Docket Sheet Report



## Charge Information

FOUND GUILTY BY JURY

**Sentence:** TERM TO SERVE
**Term:** 1 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:** CONCURR W/EACH COUNT

**Sentence:** NO CONTACT WITH VICTIM
**Term:** 0 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:**

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:** Amount: $30.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 24-JUL-1998
**Judge:** JUDGE WILLIAMS
**Text:** Amount: $60.00

**Count:** 101 11370081 **1ST DEGREE CHILD MOLESTATION**
**Offense Date:** 25-FEB-1997
**Charge Text:**
**Disposition:** TRUE BILL SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

25-FEB-1997 NO CONTACT ORDER
19-AUG-1997 NO CONTACT ORDER
24-JUL-1998 NO CONTACT ORDER

## Bail Information

| | | |
|---|---|---|
| 25-FEB-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: INDEGLIA |
| 19-AUG-1997 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: GAGNON; Amount: $300000.00; Percent Dep: 10; Date Modified: 18-JUN-98 |
| 18-JUN-1998 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: WILLIAMS; Date Modified: 24-JUL-98 |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|
| 25-FEB-1997 | **ARRAIGNMENT** | INDEGLIA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON BY JUDGE | |
| | DOCKET NOTE RULE 5A PETITION SIGNED | |
| 25-FEB-1997 | **FELONY INITIAL APPEARANCE** | INDEGLIA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | NO CONTACT ORDER | |
| | DEFT REFERRED PUBLIC DEFENDER | |
| | REFERRED TO GRAND JURY | |
| 01-AUG-1997 | **GRAND JURY** | |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON TRUE BILL SIGNED | |
| | EVENT REASON State | |
| 19-AUG-1997 | **ARRAIGNMENT** | GAGNON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON PUBLIC DEFENDER TO ENTER APPEARANCE | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| | PRETRIAL NOTICE ISSUED | |
| | WANT OF BAIL DEFT IS COMMITTED | |
| | DOCKET NOTE NO-CONTACT ORDER W/VICTIMS | |
| 17-SEP-1997 | **MOTION TO REDUCE BAIL** | THUNBERG, JUDGE |
| | EVENT ACTION DENIED | |
| | WANT OF BAIL DEFT IS COMMITTED | |
| | DOCKET NOTE W/O PREJUDICE | |
| 29-SEP-1997 | **PRE-TRIAL CONFERENCE** | WILLIAMS, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| | EVENT REASON Defense | |
| 26-NOV-1997 | **MOTION TO APPOINT ATTORNEY** | THUNBERG, JUDGE |
| | EVENT ACTION DENIED | |
| | WANT OF BAIL DEFT IS COMMITTED | |
| 26-NOV-1997 | **MOTION FOR RELEASE** | THUNBERG, JUDGE |
| | EVENT ACTION DENIED | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 09-DEC-1997 | **MOTION FOR RELEASE** | THOMPSON, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE OF COUNSEL-DN | |
| 09-DEC-1997 | **MOTION TO REDUCE BAIL** | THOMPSON, JUDGE |
| | EVENT ACTION DENIED | |
| | REMANDED TO THE ACI | |
| 07-JAN-1998 | **TRIAL** | WILLIAMS, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING OTHER COURT ACTION | |
| | EVENT REASON Defense | |
| 20-JAN-1998 | **MOT ISSUE SUBPOENA DUCES TECUM** | WILLIAMS, JUDGE |
| | EVENT ACTION GRANTED | |
| | DOCKET NOTE RULE 17C-DCYF RECORDS. DCYF MOTION TO QUASH-DENIED | |
| 20-JAN-1998 | **MOTION TO PRODUCE** | WILLIAMS, JUDGE |
| | EVENT ACTION DENIED | |
| | EVENT REASON ORDER TO ENTER | |
| 21-JAN-1998 | **TRIAL** | WILLIAMS, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| | EVENT REASON Defense | |
| 18-FEB-1998 | **MOTION TO REDUCE BAIL** | WILLIAMS, JUDGE |
| | EVENT ACTION DENIED | |
| | REMANDED TO THE ACI | |
| 10-MAR-1998 | **MOT PROCEED IN FORMA PAUPERIS** | WILLIAMS, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| | EVENT REASON Court | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 13-MAR-1998 | **MOTION** | WILLIAMS, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | |
| | DOCKET NOTE TO PROCEED PRO-SE-TO RELEASE COUNSEL RICHARD | |
| | DOCKET NOTE BROUSSEAU. COURT APPTS MARK SMITH. COURT WILL | |
| | DOCKET NOTE ENTERTAIN ANY MOTIONS FOR CONT. IF COUNSEL CAN'T | |
| | DOCKET NOTE BE READY FOR TRIAL SCHD FOR 4-7, BUT WOULD LIKE | |
| | DOCKET NOTE THE CASE TRIED B/F THE END OF JUNE | |
| | REMANDED TO THE ACI | |
| 20-MAR-1998 | **DETERMINATION OF ATTORNEY** | WILLIAMS, JUDGE |
| | EVENT ACTION COMPLETED | |
| | REMANDED TO THE ACI | |
| 20-MAR-1998 | **STATUS CONFERENCE** | WILLIAMS, JUDGE |
| | EVENT ACTION COMPLETED | |
| 06-MAY-1998 | **MOTION** | WILLIAMS, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER ENTERED | |
| | DOCKET NOTE FOR THE APPOINTMENT OF AN INVESTIGATOR-NOT TO | |
| | DOCKET NOTE EXCEED $1000. | |
| 06-MAY-1998 | **MOTION TO COMPEL** | WILLIAMS, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE PSYCHIATRIC EXAM OF COMPLANING WITNESS. | |
| 06-MAY-1998 | **TRIAL** | WILLIAMS, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| | EVENT REASON Mutual | |
| 12-MAY-1998 | **MOTION TO SEQUESTER WITNESS** | WILLIAMS, JUDGE |
| | EVENT ACTION GRANTED | |
| 12-MAY-1998 | **MOTION TO SEVER** | WILLIAMS, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE COUNTS 5 AND 6 | |
| 13-MAY-1998 | **START OF TRIAL** | WILLIAMS, JUDGE |
| | EVENT ACTION COMPLETED | |
| | CASE OPENS TO JURY/TRIAL PROCD | |

## Events

| Date | Event | Judge |
|---|---|---|
| 14-MAY-1998 | **MOT FOR JUDGMENT OF AQUITTAL**<br>EVENT ACTION GRANTED<br>DOCKET NOTE AS TO COUNTS ONE AND FIVE/DENIED AS TO COUNTS TWO<br>DOCKET NOTE THREE, FOUR AND SIX. | WILLIAMS, JUDGE |
| 18-MAY-1998 | **END OF TRIAL**<br>EVENT ACTION DISPOSED<br>CASE DISPOSED<br>EVENT REASON JURY RETURNS VERDICT<br>TRIAL PROCEEDS AND CONCLUDES<br>PRESENTENCE REPORT ORDERED<br>RELEASED ON SAME BAIL<br>WANT OF BAIL DEFT IS COMMITTED<br>DOCKET NOTE NO CONTACT ORDER TO REMAIN IN FULL FORCE AND<br>DOCKET NOTE EFFECT. ONE ENVELOPE OF EXHIBITS FILED IN CASE. | WILLIAMS, JUDGE |
| 18-JUN-1998 | **MOTION FOR NEW TRIAL**<br>EVENT ACTION DENIED | WILLIAMS, JUDGE |
| 18-JUN-1998 | **MOTION TO REDUCE BAIL**<br>EVENT ACTION DENIED<br>DOCKET NOTE STATE'S MOTION TO INCREASE BAIL-GRANTED<br>REMANDED TO THE ACI | WILLIAMS, JUDGE |
| 13-JUL-1998 | **PRE-SENTENCE REPORT**<br>EVENT ACTION COMPLETED<br>DOCKET NOTE REPORT DISTRIBUTED | WILLIAMS, JUDGE |
| 24-JUL-1998 | **MOT PROCEED IN FORMA PAUPERIS**<br>EVENT ACTION GRANTED<br>EVENT REASON ORDER TO ENTER<br>DOCKET NOTE FOR A FREE TRANSCRIPT. | WILLIAMS, JUDGE |
| 24-JUL-1998 | **SENTENCING**<br>EVENT ACTION SENTENCED<br>CASE DISPOSED<br>REMANDED TO THE ACI<br>DOCKET NOTE ATTY MARK SMITH TO FILE NOTICE OF APPEAL-(ONLY). | WILLIAMS, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 04-NOV-1998 | **APPEALED TO SUPREME COURT**<br>EVENT ACTION COMPLETED<br>CASE/EXHIBITS TRANS SUPREME CT<br>DOCKET NOTE ONE ENVELOPE OF EXHIBITS | |
| 02-JAN-2001 | **ADVISEMENT SUPREME CT DECISION**<br>DEFENDANT APPEARS | INDEGLIA, JUDGE |
| 06-DEC-2001 | **MOTION TO REDUCE SENTENCE**<br>DENIED | WILLIAMS, JUDGE |
| 28-FEB-2008 | **MOTION TO CORRECT SENTENCE**<br>GRANTED CREDIT FOR TIME RETRO TO FEB. 25, 1997 | NUGENT, JUDGE |
| 28-FEB-2008 | **MOTION FOR REMISSION COSTS**<br>DENIED | NUGENT, JUDGE |
| 17-APR-2008 | **MOTION TO APPOINT ATTORNEY**<br>DENIED | NUGENT, JUDGE |

## Case Jackets

| Check Out | Returned | Person Name | Text |
|---|---|---|---|
| 05-DEC-2001 | 10-DEC-2001 | PROVIDENCE COUNTY SUPERIOR COURT | |
| **Reason:** TRANSFER PROV SUPERIOR COURT | | | |
| 22-JAN-2002 | 13-FEB-2008 | SUPREME COURT | |
| **Reason:** TRANSFER TO SUPREME COURT | | | |

## Case Evidence

| Check Out | Returned | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 25-FEB-1997 | EXHIBITS FILED IN CASE | ; Note: ONE ENVELOPE |
| 25-FEB-1997 | NO CONTACT ORDER | |
| 25-FEB-1997 | REFERRED TO GRAND JURY | |
| 25-FEB-1997 | DEFT REFERRED PUBLIC DEFENDER | |
| 25-FEB-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: INDEGLIA |
| 25-FEB-1997 | DOCKET NOTE | RULE 5A PETITION SIGNED |
| 25-FEB-1997 | EVENT ACTION | COMPLETED |
| 25-FEB-1997 | EVENT ACTION | COMPLETED |
| 25-FEB-1997 | EVENT REASON | BY JUDGE |
| 01-AUG-1997 | INDICTMENT FILED | Party Filing: STATE |

# Criminal Docket Sheet Report

W1-1997-0250A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 01-AUG-1997 | TRIAL LENGTH | Trial Begin Date: 13-MAY-98; Trial End Date: 18-MAY-98 |
| 01-AUG-1997 | DISPOSITION PROSECUTOR | Prostr: SCIACCA |
| 01-AUG-1997 | EVENT ACTION | COMPLETED |
| 01-AUG-1997 | EVENT REASON | TRUE BILL SIGNED |
| 01-AUG-1997 | EVENT REASON | State |
| 19-AUG-1997 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 19-AUG-1997 | NO CONTACT ORDER | Party Filing: COURT ; Note: 2 FILED |
| 19-AUG-1997 | PRETRIAL CONFERENCE NOTICE | Party Filing: COURT |
| 19-AUG-1997 | PRETRIAL NOTICE ISSUED | |
| 19-AUG-1997 | WANT OF BAIL DEFT IS COMMITTED | |
| 19-AUG-1997 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: GAGNON; Amount: $300000.00; Percent Dep: 10; Date Modified: 18-JUN-98 |
| 19-AUG-1997 | DOCKET NOTE | NO-CONTACT ORDER W/VICTIMS |
| 19-AUG-1997 | EVENT ACTION | COMPLETED |
| 19-AUG-1997 | EVENT REASON | PUBLIC DEFENDER TO ENTER APPEARANCE |
| 26-AUG-1997 | VICTIM/WITNESS NOTICE | Party Filing: STATE |
| 28-AUG-1997 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: R BROUSSEAU |
| 28-AUG-1997 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 15-SEP-1997 | MOTION TO REDUCE BAIL | Party Filing: DEFENSE |
| 16-SEP-1997 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 16-SEP-1997 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 17-SEP-1997 | WANT OF BAIL DEFT IS COMMITTED | |
| 17-SEP-1997 | DOCKET NOTE | W/O PREJUDICE |
| 17-SEP-1997 | EVENT ACTION | DENIED |
| 29-SEP-1997 | EVENT ACTION | COMPLETED |
| 29-SEP-1997 | EVENT REASON | CASE PASSED FOR TRIAL |
| 29-SEP-1997 | EVENT REASON | Defense |
| 03-OCT-1997 | ORDER FOR GRAND JURY TAPES | Party Filing: STATE |
| 03-OCT-1997 | RECEIPT FOR GRAND JURY TAPES | Party Filing: STATE |
| 18-NOV-1997 | MOTION | Party Filing: DEFENSE ; Note: TO RELEASE COUNSEL |
| 18-NOV-1997 | MOTION | Party Filing: DEFENSE ; Note: TO APPOINT COUNSEL |
| 26-NOV-1997 | MOTION TO REDUCE BAIL | Party Filing: DEFENSE |
| 26-NOV-1997 | WANT OF BAIL DEFT IS COMMITTED | |
| 26-NOV-1997 | EVENT ACTION | DENIED |
| 26-NOV-1997 | EVENT ACTION | DENIED |
| 09-DEC-1997 | REMANDED TO THE ACI | |
| 09-DEC-1997 | DOCKET NOTE | OF COUNSEL-DN |
| 09-DEC-1997 | EVENT ACTION | DENIED |
| 09-DEC-1997 | EVENT ACTION | DENIED |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 15-DEC-1997 | MOTION FOR RELEASE | Party Filing: DEFENSE ; Note: COUNSEL |
| 15-DEC-1997 | ORDER ENTERED | Party Filing: COURT ; Note: WILLIAMS J. MOT TO REL COUNSEL-DN-COPY SENT DEFN. |
| 24-DEC-1997 | MOTION | Party Filing: DEFENSE ; Note: TO RELEASE COUNSEL AND APPOINT NEW COUNSEL |
| 07-JAN-1998 | EVENT ACTION | POSTPONED |
| 07-JAN-1998 | EVENT REASON | PENDING OTHER COURT ACTION |
| 07-JAN-1998 | EVENT REASON | Defense |
| 12-JAN-1998 | MOTION SUBPOENA DUCES TECUM | Party Filing: DEFENSE |
| 12-JAN-1998 | MOTION TO PRODUCE | Party Filing: DEFENSE |
| 20-JAN-1998 | DOCKET NOTE | RULE 17C-DCYF RECORDS. DCYF MOTION TO QUASH-DENIED |
| 20-JAN-1998 | EVENT ACTION | GRANTED |
| 20-JAN-1998 | EVENT ACTION | DENIED |
| 20-JAN-1998 | EVENT REASON | ORDER TO ENTER |
| 21-JAN-1998 | EVENT ACTION | POSTPONED |
| 21-JAN-1998 | EVENT REASON | DEFENSE NOT READY |
| 21-JAN-1998 | EVENT REASON | Defense |
| 13-FEB-1998 | MOTION TO REDUCE BAIL | Party Filing: DEFENSE |
| 18-FEB-1998 | REMANDED TO THE ACI | |
| 18-FEB-1998 | EVENT ACTION | DENIED |
| 05-MAR-1998 | MOTION | Party Filing: DEFENSE ; Note: TO PROCEED PRO-SE |
| 10-MAR-1998 | EVENT ACTION | POSTPONED |
| 10-MAR-1998 | EVENT REASON | BY ORDER OF THE COURT |
| 10-MAR-1998 | EVENT REASON | Court |
| 13-MAR-1998 | REMANDED TO THE ACI | |
| 13-MAR-1998 | DOCKET NOTE | TO PROCEED PRO-SE-TO RELEASE COUNSEL RICHARD |
| 13-MAR-1998 | DOCKET NOTE | BROUSSEAU. COURT APPTS MARK SMITH. COURT WILL |
| 13-MAR-1998 | DOCKET NOTE | BE READY FOR TRIAL SCHD FOR 4-7, BUT WOULD LIKE |
| 13-MAR-1998 | DOCKET NOTE | THE CASE TRIED B/F THE END OF JUNE |
| 13-MAR-1998 | DOCKET NOTE | ENTERTAIN ANY MOTIONS FOR CONT. IF COUNSEL CAN'T |
| 13-MAR-1998 | EVENT ACTION | GRANTED |
| 13-MAR-1998 | EVENT REASON | COURT TO APPOINT PRIVATE COUNSEL |
| 20-MAR-1998 | REMANDED TO THE ACI | |
| 20-MAR-1998 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: MARK SMITH |
| 20-MAR-1998 | EVENT ACTION | COMPLETED |
| 20-MAR-1998 | EVENT ACTION | COMPLETED |
| 25-MAR-1998 | MOT TO FURN EVID FAVOR ACCUSED | Party Filing: DEFENSE |

# Criminal Docket Sheet Report

W1-1997-0250A

## Docket Entry Information

| Date | Description | Docket Text |
| --- | --- | --- |
| 25-MAR-1998 | MOTION | Party Filing: DEFENSE ; Note: TO DISCLOSE CHARACTER EVIDENCE |
| 25-MAR-1998 | MOTION TO SUPPRESS STATEMENTS | Party Filing: DEFENSE |
| 25-MAR-1998 | MOTION FOR SEQUESTRATION | Party Filing: DEFENSE ; Note: OF WITNESSES |
| 25-MAR-1998 | MOTION FOR SPEEDY TRIAL | Party Filing: DEFENSE |
| 25-MAR-1998 | MOTION TO SUPPRESS | Party Filing: DEFENSE ; Note: SEARCH |
| 25-MAR-1998 | MOTION TO SEVER | Party Filing: DEFENSE ; Note: COUNTS OF INDICTMENT |
| 25-MAR-1998 | MOTION TO PRODUCE | Party Filing: DEFENSE ; Note: TANGIBLE EVIDENCE |
| 25-MAR-1998 | MOT FOR STATEMENT PROM,REW,IND | Party Filing: DEFENSE |
| 25-MAR-1998 | ORDER ENTERED | Party Filing: COURT ; Note: WILLIAMS J. |
| 30-MAR-1998 | ANS DEFT MOT EVID FAVOR ACCUSD | Party Filing: STATE |
| 30-MAR-1998 | ANS DEFT MOT STMT PROM,RWD,IND | Party Filing: STATE |
| 30-MAR-1998 | ANSWER FILED | Party Filing: STATE ; Note: TO MOTION FOR PRODUCTION OF TANGIBLE EVIDENCE |
| 30-MAR-1998 | OBJECTION FILED | Party Filing: STATE ; Note: TO MOTION TO SUPPRESS SEARCH |
| 30-MAR-1998 | OBJECTION FILED | Party Filing: STATE ; Note: TO MOTION TO SUPPRESS STATEMENTS OR ADMISSIONS |
| 30-MAR-1998 | OBJECTION FILED | Party Filing: STATE ; Note: TO MOTION TO SEVER COUNTS OF INDICTMENT |
| 04-MAY-1998 | ANS DEFT MOT FOR EXCULP EVID | Party Filing: STATE |
| 06-MAY-1998 | MOTION | Party Filing: DEFENSE ; Note: FOR APPOINTMENT OF AN INVESTIGATOR |
| 06-MAY-1998 | MOTION TO COMPEL | Party Filing: DEFENSE ; Note: PSYCHIATRIC EXAM OF COMPLAINING WITNESS |
| 06-MAY-1998 | ORDER ENTERED | Party Filing: COURT ; Note: WILLIAMS J.-GRANTING APPOINTMENT OF AN INVESTIGATO |
| 06-MAY-1998 | ORDER ENTERED | Party Filing: COURT ; Note: WILLIAMS J.-DENIED |
| 06-MAY-1998 | DOCKET NOTE | FOR THE APPOINTMENT OF AN INVESTIGATOR-NOT TO |
| 06-MAY-1998 | DOCKET NOTE | PSYCHIATRIC EXAM OF COMPLANING WITNESS. |
| 06-MAY-1998 | DOCKET NOTE | EXCEED $1000. |
| 06-MAY-1998 | EVENT ACTION | GRANTED |
| 06-MAY-1998 | EVENT ACTION | POSTPONED |
| 06-MAY-1998 | EVENT ACTION | DENIED |
| 06-MAY-1998 | EVENT REASON | ORDER ENTERED |
| 06-MAY-1998 | EVENT REASON | BY ORDER OF THE COURT |
| 06-MAY-1998 | EVENT REASON | Mutual |
| 12-MAY-1998 | MOTION TO COMPEL | Party Filing: STATE |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 12-MAY-1998 | RESPONSE | Party Filing: STATE ; Note: TO MOTION TO DISCLOSE CHARACTER EVIDENCE |
| 12-MAY-1998 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 12-MAY-1998 | DOCKET NOTE | COUNTS 5 AND 6 |
| 12-MAY-1998 | EVENT ACTION | GRANTED |
| 12-MAY-1998 | EVENT ACTION | DENIED |
| 13-MAY-1998 | CASE OPENS TO JURY/TRIAL PROCD | |
| 13-MAY-1998 | ORDER ENTERED | Party Filing: COURT ; Note: WILLIAMS J. |
| 13-MAY-1998 | RSP ST'S REQ DSCVY/ALIBI | Party Filing: DEFENSE |
| 13-MAY-1998 | EVENT ACTION | COMPLETED |
| 14-MAY-1998 | JUDGMENT OF ACQUITTAL ENT 29A | Party Filing: COURT |
| 14-MAY-1998 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: SMITH, MARK L. |
| 14-MAY-1998 | DISPOSITION PROSECUTOR | Prostr: URSO |
| 14-MAY-1998 | DOCKET NOTE | AS TO COUNTS ONE AND FIVE/DENIED AS TO COUNTS TWO |
| 14-MAY-1998 | DOCKET NOTE | THREE, FOUR AND SIX. |
| 14-MAY-1998 | EVENT ACTION | GRANTED |
| 18-MAY-1998 | JUDGMENT OF ACQUITTAL ENTERED | Party Filing: COURT |
| 18-MAY-1998 | PRESENTENCE REPORT ORDERED | |
| 18-MAY-1998 | RELEASED ON SAME BAIL | |
| 18-MAY-1998 | TRIAL PROCEEDS AND CONCLUDES | |
| 18-MAY-1998 | WANT OF BAIL DEFT IS COMMITTED | |
| 18-MAY-1998 | CASE DISPOSED | |
| 18-MAY-1998 | DOCKET NOTE | NO CONTACT ORDER TO REMAIN IN FULL FORCE AND |
| 18-MAY-1998 | DOCKET NOTE | EFFECT. ONE ENVELOPE OF EXHIBITS FILED IN CASE. |
| 18-MAY-1998 | EVENT ACTION | DISPOSED |
| 18-MAY-1998 | EVENT REASON | JURY RETURNS VERDICT |
| 21-MAY-1998 | MOTION FOR NEW TRIAL | Party Filing: DEFENSE |
| 18-JUN-1998 | REMANDED TO THE ACI | |
| 18-JUN-1998 | ORDER ENTERED | Party Filing: COURT ; Note: WILLIAMS J. |
| 18-JUN-1998 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: WILLIAMS; Date Modified: 24-JUL-98 |
| 18-JUN-1998 | DOCKET NOTE | STATE'S MOTION TO INCREASE BAIL-GRANTED |
| 18-JUN-1998 | EVENT ACTION | DENIED |
| 18-JUN-1998 | EVENT ACTION | DENIED |
| 13-JUL-1998 | DOCKET NOTE | REPORT DISTRIBUTED |
| 13-JUL-1998 | EVENT ACTION | COMPLETED |
| 24-JUL-1998 | REMANDED TO THE ACI | |
| 24-JUL-1998 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 24-JUL-1998 | NOTICE OF APPEAL SUPREME COURT | Party Filing: DEFENSE ; Note: TRANSCRIPT WILL BE ORDERED-NOTICE TO A.G & SUPREME |
| 24-JUL-1998 | NO CONTACT ORDER | Party Filing: COURT |
| 24-JUL-1998 | CASE DISPOSED | |
| 24-JUL-1998 | DOCKET NOTE | FOR A FREE TRANSCRIPT. |
| 24-JUL-1998 | DOCKET NOTE | ATTY MARK SMITH TO FILE NOTICE OF APPEAL-(ONLY). |
| 24-JUL-1998 | EVENT ACTION | GRANTED |
| 24-JUL-1998 | EVENT ACTION | SENTENCED |
| 24-JUL-1998 | EVENT REASON | ORDER TO ENTER |
| 24-JUL-1998 | SENTENCE NOTE | SEX OFFENDER REGISTRATION. NO-CONTACT ORDER W/VICTIM AND FAMILY. |
| 31-JUL-1998 | BILL APPT ATTY, ORDER ENTERED | Party Filing: COURT |
| 31-JUL-1998 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM MARK SMITH TO JUDGE WILLIAMS |
| 31-JUL-1998 | MOT PROCEED IN FORMA PAUPERIS | Party Filing: DEFENSE |
| 31-JUL-1998 | MOTION TO WITHDRAW | Party Filing: DEFENSE ; Note: BY ATTY MARK SMITH |
| 31-JUL-1998 | ORDER ENTERED | Party Filing: COURT ; Note: GRANTING MOTION TO WITHDRAW/WILLIAMS J. |
| 31-JUL-1998 | ORDER ENTERED | Party Filing: COURT ; Note: WILLIAMS J. GRANTING MOTION IN FORMA PAUPERIS |
| 11-AUG-1998 | ORDER FOR TRANSCRIPT | Party Filing: DEFENSE |
| 22-SEP-1998 | MOT/OEN EXTEND TIME TRSMT RCDS | Party Filing: COURT ; Note: DIMITRI J. |
| 29-SEP-1998 | LTR, ALL COSTS PAID UPON REL | Party Filing: COURT |
| 06-OCT-1998 | REQUEST | Party Filing: DEFENSE ; Note: FOR EXCULPATORY EVIDENCE |
| 04-NOV-1998 | CASE/EXHIBITS TRANS SUPREME CT | |
| 04-NOV-1998 | LTR,TRANSCRIPT SENT SUPREME CT | Party Filing: STATE ; Note: COMPLETED |
| 04-NOV-1998 | DOCKET NOTE | ONE ENVELOPE OF EXHIBITS |
| 04-NOV-1998 | EVENT ACTION | COMPLETED |
| 19-DEC-2000 | RETURNED FROM SUPREME COURT | |
| 19-DEC-2000 | CASE REC'D FROM SUPREME COURT | 4 VOLUMES OF TRANSCRIPTS FILED IN BASEMENT |
| 19-DEC-2000 | JUDGMT APPEAL FROM IS AFFIRMED | |
| 02-JAN-2001 | DEFENDANT APPEARS | |
| 17-APR-2001 | MOTION TO REDUCE SENTENCE | |
| 17-APR-2001 | MEMORANDUM FILED | IN SUPPORT OF MOTION TO REDUCE SENTENCE |
| 16-NOV-2001 | OBJECTION FILED | TO MOTION TO REDUCE SENTENCE |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 06-DEC-2001 | CASE REC'D FROM WASHINGTON CTY | |
| 06-DEC-2001 | DENIED | |
| 06-DEC-2001 | CASE TRANS WASHINGTON CTY | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 28-DEC-2001 | NOTICE OF APPEAL SUPREME COURT<br>**Affiliated Party:** ALESSIO, RUSSELL | TRANCRIPT WILL BE ORDERED |
| 03-JAN-2002 | ORDER FOR TRANSCRIPT<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 22-JAN-2002 | LTR,TRANSCRIPT SENT SUPREME CT | COMPLETED |
| 22-JAN-2002 | CASE APPEAL TO SUPREME COURT | |
| 22-JAN-2002 | CASE TRANSMITTED TO SUPREME CT | |
| 08-FEB-2006 | FILE TRANSFERRED RECORD CENTER | |
| 08-FEB-2008 | MOTION FOR REMISSION OF COSTS<br>**Affiliated Party:** ALESSIO, RUSSELL | |
| 08-FEB-2008 | MOTION TO CORRECT SENTENCE<br>**Affiliated Party:** ALESSIO, RUSSELL | |
| 13-FEB-2008 | FILE REC'D FROM RECORD CENTER | |
| 28-FEB-2008 | GRANTED | CREDIT FOR TIME RETRO TO FEB. 25, 1997 |
| 28-FEB-2008 | DENIED | |
| 28-MAR-2008 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** ALESSIO, RUSSELL | ORDER ENTER/NUGENT J. |
| 28-MAR-2008 | MOTION TO APPOINT ATTORNEY<br>**Affiliated Party:** ALESSIO, RUSSELL | |
| 17-APR-2008 | DENIED | |
| 18-APR-2008 | FILE TRANSFERRED RECORD CENTER | |
| 16-JUN-2008 | FILE REC'D FROM RECORD CENTER | |